No. D–282. IN RE DISBARMENT OF LEVINE. Due to mistaken identity, the Appellate Division of the Supreme Court of New York, First Judicial Department, having two attor-

neys on its roster with identical names, the rule to show cause is discharged and the order entered September 9, 1982 [458 U. S. 1126], is vacated.